# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS BROWN<br><br>Plaintiff,<br><br>v.<br><br>MARY OLSEN and ASHLEY OLSEN,<br><br>Defendants. | Case No.: 20cv643-LAB (MSB)<br><br>**ORDER DISMISSING ACTION AS DUPLICATIVE** |

On March 4, the Court screened and dismissed the complaint in case 20cv393, *Brown v. Olsen*, giving him until March 25 to file an amended complaint. On March 25, the Court *sua sponte* extended the deadline to April 15.

Instead of filing an amended complaint, Plaintiff on April 2 filed an entirely new case, along with a new motion to proceed *in forma pauperis* and a new motion for appointment of counsel. This complaint brings the same claims as are pending in case 20cv393, and does not correct any of the defects the Court identified.

/ / /

/ / /

/ / /

1

20cv643

1  This action is therefore **DISMISSED** as duplicative of case 20cv393. The
2  pending motions are **DENIED AS MOOT**. Plaintiff is directed to obey the Court's
3  orders in case 20cv393.

**IT IS SO ORDERED**.

Dated: April 13, 2020

*Larry A. Burns*
Honorable Larry Alan Burns
Chief United States District Judge